**UNITED STATES of America,
Plaintiff-Appellee,**

v.

Cesar Humberto **ANGULO-FELIX,**
**a.k.a. Cesar Angulo, a.k.a. Ceasar**
**Humberto Angulo-Felix, a.k.a. Cesar**
**H. Angulo-Felix, a.k.a. Ceasar Hum-**
**berto Angulo-Feliz, a.k.a. Geronimo**
**Arrielo Lopez, Defendant-Appellant.**

No. 16-10212

United States Court of Appeals,
Ninth Circuit.

Submitted April 7, 2017 *

Filed April 11, 2017

Krissa Marie Lanham, USPX—Office of
the US Attorney, Phoenix, AZ, for Plain-
tiff-Appellee

Marc J. Victor, Marc J. Victor PC,
Chandler, AZ, for Defendant-Appellant

Before: HUG, FARRIS, and CANBY,
Circuit Judges.

MEMORANDUM **

Cesar Humberto Angulo-Felix appeals
from the district court's judgment and
challenges his guilty-plea conviction and
63-month sentence for re-entry of a re-
moved alien, in violation of 8 U.S.C.
§ 1326. Pursuant to *Anders v. California*,
386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493
(1967), Angulo-Felix's counsel has filed a
brief stating that there are no grounds for

relief, along with a motion to withdraw as
counsel. We have provided Angulo-Felix
the opportunity to file a pro se supplemen-
tal brief. No pro se supplemental brief or
answering brief has been filed.

Angulo-Felix waived his right to appeal
his conviction and sentence. Because the
record discloses no arguable issue as to
the validity of the appeal waiver, we dis-
miss the appeal. *See United States v. Wat-*
*son*, 582 F.3d 974, 986-88 (9th Cir. 2009).

Counsel's motion to withdraw is
**GRANTED.**

**DISMISSED.**

---

* The panel unanimously concludes this case is
  suitable for decision without oral argument.
  *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publi-
   cation and is not precedent except as provid-
   ed by Ninth Circuit Rule 36-3.